IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CR50

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN WEBB POWELL. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Extend Deadlines. Having considered defendant's Motion to Extend Deadlines and reviewed the pleadings, and it appearing that good cause has been shown for some of the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Extend Deadlines (#14) is **GRANTED,** and defendant's is allowed an additional seven days within which to file discovery or pretrial motions.

Signed: September 13, 2010

Dennis L. Howell
United States Magistrate Judge