# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 cr 50

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN WEBB POWELL. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned on March 28, 2016 pursuant to a letter (#83) that was sent to the Court by the Defendant dated March 21, 2016 and which was received in March 24, 2016. In a letter, Defendant requested that a new attorney be substituted in place of his present court appointed counsel. At the call of this matter on for hearing it appeared that Defendant and his attorney, Carol Ann Bauer was present and the Government was present through AUSA Don Gast. Defendant then advised the Court that he had met with Ms. Bauer and he wished to withdraw his request for substitution of counsel.

The undersigned conducted an inquiry with Defendant to insure that Defendant knowingly and voluntarily wished to withdraw his request and finds, based upon the inquiry, that Defendant's request to withdraw his letter requesting substitution of counsel is knowing and voluntary.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the letter dated March 21, 2016 (#83) from the Defendant requesting substitution of counsel is hereby considered to be **WITHDRAWN** and rendered **moot**.

Signed: March 30, 2016

Dennis L. Howell
United States Magistrate Judge